UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

FEB 1 3 2008

FILED
THERESA M. OWENS, CLERK
CASE#_____

| | | |
|---|---|---|
| Scientific Molding Corporation, Ltd., d/b/a/ SMC-Innovations, | ) ) ) ) | No.: 07-C-0650-C |
| Plaintiff, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) ) | |
| Hollywood Gadgets, Inc., | ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff SMC-Innovations hereby dismisses the above-captioned case without prejudice. Such dismissal is proper as the adverse party has not filed or served an answer or motion for summary judgment in this case.

Dated: February 11, 2008

Respectfully submitted,

WINTHROP & WEINSTINE, P.A.

By: s/Kyle J. Kaiser
Brooks F. Poley, MN Bar #0185139
Kyle J. Kaiser, MN Bar #0345106
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
Attorneys for Plaintiff SMC-Innovations

3643963v1

Copy of this document has been provided to: _Atty Poley_
this _12th_ day of _Feb_, 20_08_
by _S. Vogel_
S. Vogel, Secretary to
Judge Barbara B. Crabb

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Scientific Molding Corporation, Ltd., d/b/a/ SMC-Innovations,<br><br>            Plaintiff,<br>vs.<br><br>Hollywood Gadgets, Inc.,<br><br>            Defendant. | No.: 07-C-0650-C<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

Now before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. Plaintiff seeks to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Because Defendant has not answered, filed a motion for summary judgment, or otherwise responded to the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff's Notice is proper. Accordingly, it is hereby

ORDERED that Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE,** with Plaintiff to bear its own incurred costs, if any.

**It is so ordered.**

Dated: *Feb. 11, 2008*        By: *Barbara B. Crabb*
United States District Judge
Western District of Wisconsin

3647260v1